IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00840-WYD

CHARLES D. WRIGHT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Remand for Further Proceedings [ECF No. 17], filed September 29, 2015.  After a careful review of the file and the motion, it is hereby

ORDERED that Defendant's Unopposed Motion to Remand for Further Proceedings [ECF Doc. No. 17], filed on September 29, 2015, is **GRANTED.**  It is further

ORDERED that pursuant to sentence four of 42 U.S.C. § 405(g), the Court orders that the Defendant remand the matter to an administrative law judge (ALJ) for further administrative proceedings on Plaintiff's application for disability insurance benefits and supplemental security income.  It is further

ORDERED that the Clerk shall enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer,* 509 U.S. 292, 296-302 (1993).

DATED: September 29, 2015

        /s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        SENIOR UNITED STATES DISTRICT JUDGE