IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00840-WYD

CHARLES D. WRIGHT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Joint Stipulation for EAJA Fees (ECF No. 20).  Upon consideration of the parties' joint stipulation for fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq., IT IS HEREBY ORDERED that the request is GRANTED as follows:

    1. Defendant will pay Plaintiff a total of $3,495.88 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Teresa Abbott.

    2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

    3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated: October 27, 2015

        BY THE COURT:


        /s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        SENIOR UNITED STATES DISTRICT JUDGE